USDC SCAN INDEX SHEET










RFM    6/30/99    16:19

3:99-CR-01879   USA V. HARRELL

*1*

*CRINFO.*

FILED

JUN 29 1999

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 99CR1879-B |
| Plaintiff, ) | INFORMATION |
| v. ) | Title 18, U.S.C., Sec. 371 - Conspiracy to Defraud the United States; Title 41, U.S.C., Secs. 53 and 54 - Paying Kickbacks on Government Subcontracts; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| WILLIAM HARRELL (1), ) SAN DIEGO MARINE PIPING, ) INC. (2), ) ) | |
| Defendants. ) | |

The United States Attorney charges:

### Introductory Allegations

1.  At all times relevant herein, defendant WILLIAM HARRELL was President of defendant SAN DIEGO MARINE PIPING, INC. Defendant SAN DIEGO MARINE PIPING was a piping company located in San Diego, California, that was awarded subcontracts to perform piping removal and replacement work on United States Navy vessels.

//

//

GAV:blp
a:\harrell2.inf
June 11, 1999

1

2. At all times relevant herein, Loyd Dean Stanley was employed by Pacific Ship Repair and Fabrication, Inc., (hereinafter "PACSHIP") as a contract administrator. PACSHIP is a certified Department of Navy Master Repair Prime Contractor located in San Diego, California, that had a United States Department of Navy Prime Contract to renovate and repair Navy vessels. In his position as PACSHIP contract administrator, Loyd Dean Stanley was responsible for awarding subcontracts pursuant to the Prime Contract PACSHIP had with the United States Department of Navy for work to be performed on United States Navy vessels, located at the North Island Naval Air Station, Coronado, California.

## Count 1

3. Beginning on or about September 1991, and continuing up to and including on or about August 1994, within the Southern District of California, and elsewhere, defendants WILLIAM HARRELL and SAN DIEGO MARINE PIPING, INC., and co-conspirator Loyd Dean Stanley, also known as Dean Stanley, charged elsewhere, did conspire to defraud the United States and an agency thereof, the United States Department of the Navy, by impeding and impairing a lawful government function, that is, the Department of the Navy's ability to implement and monitor the process by which subcontracts are awarded.

## Object of the Conspiracy

4. It was the object of the conspiracy that defendants WILLIAM HARRELL and SAN DIEGO MARINE PIPING, INC. would circumvent the competitive bidding process by paying kickbacks to Loyd Dean Stanley to ensure being awarded subcontracts by PACSHIP pursuant to the Prime Contract between PACSHIP and the Department of Navy.

## The Methods and Means of the Conspiracy

5. It was a part of the conspiracy that defendant WILLIAM HARRELL made kickback payments to co-conspirator Loyd Dean Stanley in the amount of approximately ten percent (10%) on all subcontracts Loyd Dean Stanley awarded to SAN DIEGO MARINE PIPING, INC., pursuant to the Prime Contract between PACSHIP and the Department of Navy for work

1 | performed, or to be performed, by defendant SAN DIEGO MARINE PIPING, INC., on United States Navy vessels.

6. It was a further part of the conspiracy that in order to conceal the kickback payments made by defendant WILLIAM HARRELL to co-conspirator Loyd Dean Stanley, all the kickback payments, which totaled more than $130,000, were made by check with the words "Materials" or "Forklift" contained in the memo portion of each check in an attempt to try and disguise the payment.

## OVERT ACTS

7. In furtherance of said conspiracy, and to effect the objects thereof, on or about the dates set forth below (Column A) the following checks were written by or at the direction of WILLIAM HARRELL (Column B) to Loyd Dean Stanley, aka Dean Stanley (Column C), from the accounts of SAN DIEGO MARINE PIPING, INC., in the amounts set forth below in Column D, in the Southern District of California, which checks constituted kickbacks for being awarded subcontracts by Loyd Dean Stanley to perform repair work on Navy vessels.

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| DATE | CHECK NUMBER | PAYEE | AMOUNT |
| 09-05-91 | 1401 | Dean Stanley | $ 600.00 |
| 09-11-91 | 1405 | Dean Stanley | $ 600.00 |
| 09-18-91 | 1431 | Dean Stanley | $ 600.00 |
| 09-25-91 | 1453 | Dean Stanley | $ 800.00 |
| 10-03-91 | 1492 | Dean Stanley | $ 700.00 |
| 10-11-91 | 1519 | Dean Stanley | $ 800.00 |
| 10-18-91 | 1541 | Dean Stanley | $ 800.00 |
| 02-27-92 | 2181 | Dean Stanley | $1000.00 |
| 03-12-92 | 2220 | Dean Stanley | $1000.00 |
| 03-18-92 | 2226 | Dean Stanley | $1000.00 |

3

| | Column A | Column B | Column C | Column D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | DATE | CHECK NUMBER | PAYEE | AMOUNT |
| 3 | 03-25-92 | 2241 | Dean Stanley | $1000.00 |
| 4 | 03-31-92 | 2253 | Dean Stanley | $1000.00 |
| 5 | 04-07-92 | 2274 | Dean Stanley | $1000.00 |
| 6 | 04-28-92 | 2297 | Dean Stanley | $1000.00 |
| 7 | 08-17-92 | 2477 | Dean Stanley | $1000.00 |
| 8 | 10-02-92 | 2551 | Dean Stanley | $1000.00 |
| 9 | 10-14-92 | 2558 | Dean Stanley | $1500.00 |
| 10 | 10-21-92 | 2573 | Dean Stanley | $1500.00 |
| 11 | 11-03-92 | 2576 | Dean Stanley | $1500.00 |
| 12 | 11-12-92 | 2605 | Dean Stanley | $2500.00 |
| 13 | 12-04-92 | 2639 | Dean Stanley | $1000.00 |
| 14 | 12-04-92 | 2642 | Dean Stanley | $3000.00 |
| 15 | 01-14-93 | 2701 | Dean Stanley | $1750.00 |
| 16 | 02-08-93 | 2789 | Dean Stanley | $1750.00 |
| 17 | 03-29-93 | 2859 | Dean Stanley | $1500.00 |
| 18 | 05-05-93 | 1430 | Dean Stanley | $5000.00 |
| 19 | 06-03-93 | 1467 | Dean Stanley | $2000.00 |
| 20 | 06-07-93 | 1477 | Dean Stanley | $3000.00 |
| 21 | 06-22-93 | 1489 | Dean Stanley | $5000.00 |
| 22 | 06-30-93 | 1500 | Dean Stanley | $2500.00 |
| 23 | 07-09-93 | 1524 | Dean Stanley | $4000.00 |
| 24 | 07-21-93 | 1525 | Dean Stanley | $2500.00 |
| 25 | 08-13-93 | 1572 | Dean Stanley | $3000.00 |
| 26 | 08-19-93 | 1575 | Dean Stanley | $3000.00 |
| 27 | | | | |
| 28 | | | | |

| | Column A | Column B | Column C | Column D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | DATE | CHECK NUMBER | PAYEE | AMOUNT |
| 3 | 08-27-93 | 1584 | Dean Stanley | $3000.00 |
| 4 | 09-03-93 | 1593 | Dean Stanley | $3000.00 |
| 5 | 09-10-93 | 1604 | Dean Stanley | $3000.00 |
| 6 | 09-16-93 | 1618 | Dean Stanley | $3000.00 |
| 7 | 09-29-93 | 1627 | Dean Stanley | $3000.00 |
| 8 | 10-02-93 | 1646 | Dean Stanley | $3000.00 |
| 9 | 10-12-93 | 1660 | Dean Stanley | $3000.00 |
| 10 | 10-18-93 | 1664 | Dean Stanley | $3000.00 |
| 11 | 10-25-93 | 1671 | Dean Stanley | $3000.00 |
| 12 | 11-09-93 | 1698 | Dean Stanley | $3000.00 |
| 13 | 11-09-93 | 1699 | Dean Stanley | $3000.00 |
| 14 | 11-15-93 | 1704 | Dean Stanley | $3000.00 |
| 15 | 11-29-93 | 1721 | Dean Stanley | $3000.00 |
| 16 | 12-02-93 | 1734 | Dean Stanley | $3000.00 |
| 17 | 12-09-93 | 1758 | Dean Stanley | $3000.00 |
| 18 | 12-16-93 | 1772 | Dean Stanley | $3000.00 |
| 19 | 01-14-94 | 1810 | Dean Stanley | $2000.00 |
| 20 | 02-07-94 | 1826 | Dean Stanley | $2000.00 |
| 21 | 02-22-94 | 1837 | Dean Stanley | $2000.00 |
| 22 | 03-10-94 | 1845 | Dean Stanley | $2000.00 |
| 23 | 04-12-94 | 1852 | Dean Stanley | $2000.00 |
| 24 | 04-24-94 | 1857 | Dean Stanley | $2000.00 |
| 25 | 05-18-94 | 1871 | Dean Stanley | $2000.00 |
| 26 | 05-25-94 | 1876 | Dean Stanley | $2000.00 |
| 27 | | | | |
| 28 | | | | |

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| DATE | CHECK NUMBER | PAYEE | AMOUNT |
| 06-10-94 | 1880 | Dean Stanley | $2000.00 |
| 06-23-94 | 1887 | Dean Stanley | $2000.00 |
| 07-09-94 | 1895 | Dean Stanley | $2000.00 |
| 07-21-94 | 1007 | Dean Stanley | $2000.00 |
| 08-03-94 | 1011 | Dean Stanley | $2000.00 |

All in violation of Title 18, United States Code, Section 371.

### Count 2

On or about August 3, 1994, within the Southern District of California, defendants WILLIAM HARRELL and SAN DIEGO MARINE PIPING, INC., in a matter within the jurisdiction of the United States Department of the Navy, a department and agency of the United States, did knowingly and wilfully provide, attempt to provide, and offer to provide a kickback to Loyd Dean Stanley, aka Dean Stanley, contracts administrator, Pacific Ship Repair and Fabrication, Inc. (PACSHIP), check number 1011, dated August 3, 1994, in the amount of $2,000.00, for the purpose of improperly obtaining and rewarding favorable treatment in connection with United States Department of the Navy subcontracts for work on United States Navy vessels, in violation of Title 41, United States Code, Sections 53 and 54, and Title 18, United States Code, Section 2.

DATED: June 29, 1999.

GREGORY A. VEGA
United States Attorney

ERIC M. ACKER
Assistant U.S. Attorney