USDC SCAN INDEX SHEET

















```
AXC    5/18/00    10:09
3:99-CR-01879   USA V. HARRELL
*19*
*CRJGMCOMXC.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED May 16 4 25 PM '00

CORRECTED FILED '00 MAY 15 PM 12:36

UNITED STATES OF AMERICA

vs.

WILLIAM HARRELL (1)

73956-198

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE: 99CR1879-B

THE DEFENDANT:

PETER HUGHES
DEFENDANT'S ATTORNEY:

__X__ pleaded guilty to counts ONE AND TWO OF THE INDICTMENT

____ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO DEFRAUD THE U.S. | 1 |
| 41 USC 54 &54 | PAYING KICKBACKS ON GOVERNMENT SUBCONTRACTS | 2 |
| 18 USC 2 | AIDING AND ABETTING | |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
_____ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
_____ THE REMAINING COUNT IS dismissed on the motion of the United States.
__X__ It is ordered that the defendant shall pay to the United States a special assessment of $ 200 (100 AS TO EACH COUNT) Which shall be due immediately.

__X__ FINE WAIVED

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

ENTERED 5-15-00




99CR

DEFENDANT: WILLIAM HARRELL (1)
CASE NUMBER: 99CR1879-B

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __3 MONTHS AS TO EACH OF COUNTS 1 & 2 CONCURRENTLY__

__X__ The Court makes the following recommendations to the Bureau of Prison: INCARCERATION BE AS CLOSE TO CALIFORNIA, AS FACILITIES AND SECURITY LEVEL WILL PERMIT,

_____ The defendant is remanded to the custody of the United States Marshal.

__X__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

__X__ before 2 p.m. on __JANUARY 10, 2000__.

_____ as notified by the United States Marshal.

_____ as notified by the Probation Office.

**RETURN**
I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.   _____

UNITED STATES MARSHAL

By _____
        Deputy Marshal

I have executed within Judgment and Commitment on 4-7-2000     *Time Served*
James M. Sullivan
United States Marshal
By: Barbara McFadden
USMS Criminal Section

*[Seal: U.S. District Court, Southern District of California — certified true copy stamp]*

99CR

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall be on supervised release
a term of ___3 YEARS EACH COUNT CONCURRENTLY_____.


   The defendant shall report to the probation office in the district to wh
the defendant is released within 72 hours of release from the custody of
Bureau of Prisons.

   The defendant shall not commit another federal, state, or local crime.

   The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*
   The defendant shall refrain from any unlawful use of a control
substance. The defendant shall submit to one drug test within 15 days
release from imprisonment and at least two periodic drug tests thereaft
as directed by the probation officer.
  _X___The above drug testing condition is suspended based on the cour
determination that the defendant poses a low risk of future substa
abuse. (Check if applicable.)

_X_ The defendant shall not possess a firearm as defined in 18 U.S.C. § 9
(Check, if applicable.)
   If this judgment imposes a fine or a restitution obligation, it shall
a condition of supervised release that the defendant pay any such fine
restitution that remains unpaid at the commencement of the term of supervi
release in accordance with the Schedule of Payments set forth in t
judgment.

   The defendant shall comply with the standard conditions that have adopted
this court (set forth below). The defendant shall comply with the additio
conditions on the attached page (if indicated below).

**STANDARD CONDITIONS OF SUPERVISION**

1) the defendant shall not leave the judicial district without the permission of the court or proba officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete wri report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residenc employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, u distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall associate with any person convicted of a felony unless granted permission to do so by the proba officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsew and shall permit confiscation of any contraband observed in plain view of the probation office
11) the defendant shall notify the probation officer within seventy-two hours of being arreste questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that ma occasioned by the defendant's criminal record or personal history or characteristics, and s permit the probation officer to make such notifications and the defendant's compli with such notification requirement.

99CR

DEFENDANT: WILLIAM HARRELL (1)                                    PAGE 4 of 4
CASE NUMBER: 99CR1879-B

## SPECIAL CONDITIONS OF SUPERVISION

_X_ NOT POSSESS FIREARMS, DANGEROUS WEAPONS OR EXPLOSIVES,

_X_ SUBMIT TO A SEARCH OF PERSON OR PROPERTY CONDUCTED IN A REASONABLE MANT AND AT A REASONABLE TIME BY THE PROBATION DEPARTMENT

_X_ REPORT ALL VEHICLES OWNED, OPERATED OR THAT THE DEFENDANT HAS AN INTERE THEREIN, TO THE PROBATION DEPARTMENT

_x_ RESIDE IN A COMMUNITY CORRECTIONS CENTER (CCC) AS DIRECTED BY THE PROBAT: DEPARTMENT FOR A PERIOD OF ___3 MONTHS___ COMMENCING UPON RELE/ FROM IMPRISONMENT

_X_ BE PROHIBITED FROM OPENING CHECKING ACCOUNTS OR INCURRING NEW CREI CHARGES OR OPENING ADDITIONAL LINES OF CREDIT WITHOUT APPROVAL OF 1 PROBATION OFFICER.

_X_ PROVIDE COMPLETE DISCLOSURE OF PERSONAL AND BUSINESS FINANCIAL RECORDS THE PROBATION OFFICER AS REQUESTED

_X_ ADHERE TO ANY CIVIL SETTLEMENTS AND COURT ORDERS

DATE OF IMPOSITION OF SENTENCE: ___OCTOBER 25, 1999___

_Rudi M Brewster_
RUDI M. BREWSTER,
UNITED STATES SENIOR DISTRICT JUDGE



99CI